DEFENDANT:   6.  RICHARD W. JOHNSON

YEAR OF BIRTH:   1955

ADDRESS:   Denver, Colorado

COMPLAINT FILED: ____YES   __X__   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____YES   __X__   NO

OFFENSE:

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

**NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
            Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __X__ over five days   _____ other

<u>THE GOVERNMENT</u>

  X    will seek detention in this case         _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      X       Yes      _____ No