DEFENDANT:	10.  JOHNIE A. MYERS

YEAR OF BIRTH:	1954

ADDRESS:	Denver, Colorado

COMPLAINT FILED: ___YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ___YES  _X_ NO


Count Thirty-One:	Conspiracy to Use and Maintain Drug-Involved Premises
	21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)


Count Thirty-Two:	Using and Maintaining Drug-Involved Premises
	21 U.S.C. § 856(a)(1) and (2) and (b)
	Aiding and Abetting
	18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

    **NOTICE OF FORFEITURE**

AGENT:	Special Agent Jason Cole
	Alcohol Tobacco and Firearms

AUTHORIZED BY:	Guy Till
	Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less     __X__ over five days     ____ other

THE GOVERNMENT

__X__ will seek detention in this case     ____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.
OCDETF CASE:     __X__     Yes     ____ No