DEFENDANT:          14.  THOMAS A. SCHRAH, JR.

YEAR OF BIRTH:      1948

ADDRESS:            Denver, Colorado

COMPLAINT FILED: _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____ YES   __X__ NO


Count Thirty-One:   Conspiracy to Use and Maintain Drug-Involved Premises
                    21 U.S.C. §§  846 and  856(a)(1) and (2) and (b)


Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
                    21 U.S.C. § 856(a)(1) and (2) and (b)
                    Aiding and Abetting
                    18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-One:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:       Special Agent Jason Cole
             Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No

2