## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.     GEORGE H. ASKEW,
2.     **ROMELL E. BULLOCK**,
3.     GREGORY A. COLLINS,
6.     RICHARD W. JOHNSON,
7.     SHEPS H. KHAMSAHU,
8.     ERIC LUGO,
10.    JOHNIE A. MYERS,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER,
16.    CLIFFORD M. WRIGHT,

       Defendants.

___

### ENTRY OF APPEARANCE
___

    John Henry Schlie, a duly admitted and practicing attorney in the United States District Court for the District of Colorado, hereby enters his appearance as counsel of record for the Defendant, Romell E. Bullock, in this matter.

    Respectfully submitted this 25th day of January, 2012.

                                          s/ John Henry Schlie
                                          **John Henry Schlie**
                                          Law Office of John Henry Schlie, P.C.
                                          7100 E. Belleview Avenue, Suite G-11
                                          Greenwood Village, Colorado 80111
                                          Telephone: (303) 830-1616
                                          FAX: (303) 860-1297
                                          E-mail: johnhenry@schlielawfirm.com

                    ATTORNEY FOR DEFENDANT
                    ROMELL E. BULLOCK

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov

Edward Robin Harris, Esq.
Edward_Harris@fd.org

R. Scott Reisch, Esq.
rscottreisch@att.net

Miller M. Leonard, Esq.
miller@themillerleonardlawfirm.com

Joseph Saint-Veltri, Esq.
jsvlawoffice@gmail.com

Dennis W. Hartley, Esq.
Julia@hartleyslaw.com

Normando R. Pacheco, Esq.
joannasweetpea6@aol.com

Darren Cantor, Esq.
darren@cantorlaw.net

Ariel Zusya Benjamin, Esq.
abenjamin@springersteinberg.com

Harvey Abe Steinberg, Esq.
law@springersteinberg.com

Douglas Leo Romero, Esq.
dougromero@coloradochristiandefensecounsel.com

Eric Michael Lee, Esq.
ericlee@coloradochristiandefensecounsel.com

Timothy D. Edstrom, Esq.
timedstrom@coloradochristiandefensecounsel.com

Jonathan S. Willett, Esq.
jwillett@willettlaw.net

Ronald John Hahn, Esq.
rhahn3677@hotmail.com

                                        s/ John Henry Schlie
                                        Law Office of John Henry Schlie, P.C.
                                        7100 E. Belleview Avenue, Suite G-11
                                        Greenwood Village, Colorado 80111
                                        Telephone: (303) 830-1616
                                        FAX: (303) 860-1297
                                        E-mail: johnhenry@schlielawfirm.com
                                        ATTORNEY FOR DEFENDANT
                                        ROMELL E. BULLOCK