AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>2. ROMELL E. BULLOCK<br><br>*Defendant* | ) ) ) ) ) )   Case No.  12-cr-00010-MSK |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Romell E. Bullock                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date: 01/09/2012                                                                           s/ M.J. Garcia
                                                                                         *Issuing officer's signature*

City and state:  Denver, CO                                               Gregory C. Langham, Clerk, U.S. District Court
                                                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 1-20-12, and the person was arrested on *(date)* 1-20-12
at *(city and state)* Denver, CO.

Date: 1-23-12                                                                           Brian Miller
                                                                                         *Arresting officer's signature*

                                                                                         Brian Miller - SA
                                                                                         *Printed name and title*