IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.    GEORGE H. ASKEW,
2.    **ROMELL E. BULLOCK**,
3.    GREGORY A. COLLINS,
4.    GEORGE A. GADDY,
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER,
16.   CLIFFORD M. WRIGHT,

        Defendants.

---

**DEFENDANT BULLOCK'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL (DOCKET NO. 41)**

---

Defendant Romell E. Bullock, by and through counsel, John Henry Schlie, hereby responds to the Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material (Docket No. 41) as follows:

Counsel has reviewed the Government's Motion and discussed it with Mr. Bullock. Mr. Bullock has no objection to the substance of the Government's Motion but counsel and Assistant United States Attorney Guy Till have been having discussions pertaining to the amendment of

the proposed order to add investigators and professionals retained by defense counsel to those individuals entitled to retain copies of the documents and material at issue. It is anticipated that an agreement will be reached shortly as to the amended language and that the modified proposed order will be submitted to the Court shortly.

Respectfully submitted this 1st day of February, 2012.

s/ John Henry Schlie
**John Henry Schlie**
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov

Edward Robin Harris, Esq.
Edward_Harris@fd.org

R. Scott Reisch, Esq.
rscottreisch@att.net

Jeffrey Richard Edelman, Esq.
jredel@earthlink.net

Scott Jurdem, Esq.
sj@jurdem.com

Miller M. Leonard, Esq.
miller@themillerleonardlawfirm.com

Joseph Saint-Veltri, Esq.
jsvlawoffice@gmail.com

Dennis W. Hartley, Esq.
Julia@hartleyslaw.com

Normando R. Pacheco, Esq.
joannasweetpea6@aol.com

Darren Cantor, Esq.
darren@cantorlaw.net

Ariel Zusya Benjamin, Esq.
abenjamin@springersteinberg.com

Harvey Abe Steinberg, Esq.
law@springersteinberg.com

Douglas Leo Romero, Esq.
dougromero@coloradochristiandefensecounsel.com

Eric Michael Lee, Esq.
ericlee@coloradochristiandefensecounsel.com

Timothy D. Edstrom, Esq.
timedstrom@coloradochristiandefensecounsel.com

Jonathan S. Willett, Esq.
jwillett@willettlaw.net

Ronald John Hahn, Esq.
rhahn3677@hotmail.com

    s/ John Henry Schlie
    Law Office of John Henry Schlie, P.C.
    7100 E. Belleview Avenue, Suite G-11
    Greenwood Village, Colorado 80111
    Telephone: (303) 830-1616
    FAX: (303) 860-1297
    E-mail: johnhenry@schlielawfirm.com
    ATTORNEY FOR DEFENDANT
    ROMELL E. BULLOCK