DEFENDANT:         1.  GEORGE H. ASKEW

YEARS OF BIRTH:  1973, 1975

ADDRESS:             Denver, Colorado

COMPLAINT FILED: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   __X__ NO

OFFENSE:

Count One:     Possession with Intent to Distribute More than 28 Grams of Crack Cocaine
21 U.S.C. § 841(a)(1) and (b)(1)(B)

Count Two:     Prohibited Person in Possession of Firearm
18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Three:   Using a Residence for the Purpose of Distributing Controlled Substance
21 U.S.C. § 856(a)(1) and (2) and (b)

Count Four:    Possession of Firearm in Furtherance of Drug Trafficking Felony
18 U.S.C. § 924(c)

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Three:   Distribution Near schools
21 U.S.C. § 860

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count One:  Defendant has a prior PCS state felony conviction.  NLT 10 years, NMT life imprisonment; a fine of NMT $8,000,000.00, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Two:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Three:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Four:  NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Three: Defendant has prior PCS state felony convictions.  NLT 10 years, NMT Life imprisonment; a fine of NMT $8,000,000, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

## NOTICE OF FORFEITURE

AGENT:         Special Agent Jason Cole
               Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__      Yes      _____ No