DEFENDANT:  6.  RICHARD W. JOHNSON

YEAR OF BIRTH:  1955

ADDRESS:  Denver, Colorado

COMPLAINT FILED: ____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES   _X_ NO


OFFENSE:

Count Thirty-Two:  Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Four:  Possession of Firearm by Prohibited Person
18, USC, §§ 922(g)(1) & 924(a)(2)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Five:  Possession of Firearm in Furtherance of Drug Trafficking Felony
18 U.S.C. § 924(c)

Count Thirty-Six:  Possession of Firearm by Prohibited Person
18, U.S.C. §§ 922(g)(1) & 924(a)(2)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Seven:  Possession of a Prohibited Weapon
26 U.S.C. §§ 5861(d) & 5871


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

| | |
|---|---|
| Count Thirty-Four: | NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment |
| Count Thirty-Five; | NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment. |
| Count Thirty-Six: | NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment |
| Count Thirty-Seven: | NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment |

**NOTICE OF FORFEITURE**

AGENT:   Special Agent Jason Cole
         Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:    __X__    Yes    _____ No