<u>DEFENDANT</u>:          13.  COREY L. RILEY

<u>YEAR OF BIRTH</u>:     1969

<u>ADDRESS</u>:             Denver, Colorado

<u>COMPLAINT FILED</u>: ____YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   ____YES   __X__ NO

<u>OFFENSE</u>:

| | |
|---|---|
| <u>Count Eleven</u>: | Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b) |
| <u>Count Twelve</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Thirteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Fourteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Fifteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Sixteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Seventeen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Eighteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Nineteen</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Twenty</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>Count Twenty-One</u>: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |

| | |
|---|---|
| Count Twenty-Two: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 2 |
| Count Twenty-Three: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Twenty-Four: | Possession with Intent to Distribute Marijuana<br>21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Count Twenty-Five: | Possessing Firearm in Furtherance of Drug Trafficking Felony Offense<br>18 U.S.C. § 924(c) |
| Count Twenty-Six: | Possession with Intent to Distribute More than 500 grams of Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>18 U.S.C. § 2 |
| Count Tenty-Seven: | Conspiracy to Distribute more than 5 Kilograms of Cocaine<br>21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) |
| Count Thirty-One: | Conspiracy to Use and Maintain Drug-Involved Premises<br>21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b) |
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |

LOCATION OF OFFENSE:   Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eleven:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Twelve:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Fourteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Fifteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Sixteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Seventeen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Eighteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Nineteen</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-One</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Three</u>:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Four</u>:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Five</u>:  NLT 5 years imprisonment, consecutive to any other sentence; a fine of NMT $250,00.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Six</u>:  NLT 5 years, NMT 40 years imprisonment; a fine of NMT $5,000,000.00, or both; NLT 4 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Twenty-Seven</u>:  NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-One</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

<u>AGENT</u>:       Special Agent Jason Cole
              Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:  Guy Till
                  Assistant U.S. Attorney


<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less      __X__ over five days      _____ other


<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

4

OCDETF CASE:     X     Yes  _____ No