DEFENDANT:       15. JAMES R. SWITZER

YEAR OF BIRTH:   1983

ADDRESS:         Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO

Count Twenty-Eight: Prohibited Person in Possession of Firearm
18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-Two:   Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Twenty-Eight:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

    **NOTICE OF FORFEITURE**

AGENT:    Special Agent Jason Cole
          Alcohol Tobacco and Firearms

AUTHORIZED BY: Guy Till
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __X__ over five days   _____ other

THE GOVERNMENT

   X    will seek detention in this case       \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     X       Yes   \_\_\_\_\_ No

2