DEFENDANT:        16.  CLIFFORD M. WRIGHT

YEAR OF BIRTH:    1972

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X__   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____YES   __X__   NO

OFFENSE:

Count Twenty-Nine:    Possession with Intent to Distribute Cocaine
                      21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty:         Possession with Intent to Distribute Cocaine
                      21 U.S.C. § 841(a)(1) and (b)(1)(C)

Count Thirty-Two:     Using and Maintaining Drug-Involved Premises
                      21 U.S.C. § 856(a)(1) and (2) and (b)
                      Aiding and Abetting
                      18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Twenty-Nine:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

          **NOTICE OF FORFEITURE**

AGENT:    Special Agent Jason Cole
          Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less      __X__ over five days      _____ other

THE GOVERNMENT

__X__ will seek detention in this case      _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       __X__       Yes      _____ No

2