**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.   GEORGE H. ASKEW,
2.   **ROMELL E. BULLOCK**,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

       Defendants.

---

**DEFENDANT BULLOCK'S MOTION TO PRESERVE NOTES AND TAPES**

---

    Defendant Romell E. Bullock, by and through counsel, John Henry Schlie, hereby moves pursuant to Rules 12(b) and 47, Federal Rules of Criminal Procedure, for the preservation of notes and tapes of interviews and events by investigative agents. In support of said Motion, Mr. Bullock respectfully states to the Court as follows:

    1. Pursuant to 18 U.S.C. Section 3500 and <u>Brady v. Maryland, 373</u> US 85, Mr. Bullock moves that the Court order the government to preserve for trial the following tape recordings and notes:

      a. The original of any and all handwritten notes and/or tape recordings of any interviews with persons who will or may be witnesses at trial taken by a law enforcement officer involved in this or any related case,

      b. The originals of any and all handwritten notes and/or tape recordings made in connection with this or any related investigation resulting in the charges in this case by any law enforcement officer involved in this or any related case.

      c. The originals of any and all handwritten notes and/or tape recordings made in connection with this or any related investigation resulting in the charges in this case by any person who will or may be called as a witness at trial, regardless of whether or not those notes and/or tape recordings form the basis of subsequent reports.

    2. Following an interview or event, there is oftentimes a period of delay before a report is written on the required form and reviewed. In the present case, the government has produced just 3 reports of investigation to counsel for Mr. Bullock in discovery. Yet in each of those reports, there was a period of approximately one week between the interview and the date the report was first signed (August 23, 2011 to August 29, 2011; August 23, 2011 to August 30, 2011; August 23, 2011 to August 31, 2011). In such instances, it is unknown as to when the report was actually written and whether the contents of the report could have been affected by memory or intervening events. Therefore, it is of critical importance that the handwritten notes or tape recordings be preserved in order to allow counsel to have access to possible exculpatory or impeachment material.

    WHEREFORE, Mr. Bullock prays that this Court enter an order for the preservation of notes and tapes of interviews and events by investigative agents and for such further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 16th day of February, 2012.

s/ John Henry Schlie
**John Henry Schlie**
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2012, I electronically filed the foregoing **DEFENDANT BULLOCK'S MOTION TO PRESERVE NOTES AND TAPES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov

Edward Robin Harris, Esq.
Edward_Harris@fd.org

R. Scott Reisch, Esq.
rscottreisch@att.net

Jeffrey Richard Edelman, Esq.
jredel@earthlink.net

Scott Jurdem, Esq.
sj@jurdem.com

Miller M. Leonard, Esq.
miller@themillerleonardlawfirm.com

Joseph Saint-Veltri, Esq.
jsvlawoffice@gmail.com

Dennis W. Hartley, Esq.
Julia@hartleyslaw.com

Thomas James Hammond
hammondlaw@solucian.com

Normando R. Pacheco, Esq.
joannasweetpea6@aol.com

Charles W. Elliott
CWEMDEDME@aol.com

Darren Cantor, Esq.
darren@cantorlaw.net

Ariel Zusya Benjamin, Esq.
abenjamin@springersteinberg.com

Harvey Abe Steinberg, Esq.
law@springersteinberg.com

Douglas Leo Romero, Esq.
dougromero@coloradochristiandefensecounsel.com

Eric Michael Lee, Esq.
ericlee@coloradochristiandefensecounsel.com

Timothy D. Edstrom, Esq.
timedstrom@coloradochristiandefensecounsel.com

Jonathan S. Willett, Esq.
jwillett@willettlaw.net

Ronald John Hahn, Esq.
rhahn3677@hotmail.com

        s/ John Henry Schlie
        Law Office of John Henry Schlie, P.C.
        7100 E. Belleview Avenue, Suite G-11
        Greenwood Village, Colorado 80111
        Telephone: (303) 830-1616
        FAX: (303) 860-1297
        E-mail: johnhenry@schlielawfirm.com

ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK