**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1.   GEORGE H. ASKEW,
2.   **ROMELL E. BULLOCK**,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

       Defendants.

---

**DEFENDANT BULLOCK'S MOTION FOR LEAVE TO FILE ADDITIONAL**

**PRETRIAL MOTIONS FOLLOWING REVIEW OF DISCOVERY**

---

      Defendant Romell E. Bullock, by and through counsel, John Henry Schlie, hereby moves pursuant to Rules 12(b) and 47, Federal Rules of Criminal Procedure, for leave to file additional pretrial motions following review of discovery. In support of said Motion, Mr. Bullock would respectfully state to the Court as follows:

      1. The First Superceding Indictment filed in this case consists of thirty-eight counts and 16 defendants. Mr. Bullock is charged in Count Thirty-Two with maintaining a drug-involved

premises, the Hell's Lovers Motorcycle Club clubhouse, in violation of 21 U.S.C. § 856(a)(1) and (2) and in Count Thirty-One with conspiracy to maintain a drug-involved premises, again the Hell's Lovers Motorcycle Club clubhouse, in violation of 21 U.S.C. § 846 and 856(a)(1) and (2).

 2.  The deadline for filing pretrial motions in this matter has been set for February 16, 2012.

 3.  The government has provided little discovery at present, admittedly due in part to the negotiation of the language of the proposed protective order, which is believed to have been accomplished on February 14, 2012.  Therefore, Mr. Bullock requests leave to file additional pretrial motions after having the opportunity to review the discovery to be produced by the government.

 WHEREFORE, Mr. Bullock prays that this Court enter an order granting Mr. Bullock leave to file additional pretrial motions after having the opportunity to review the discovery to be produced by the government and for such further relief as the Court may deem to be just and appropriate in the premises.

 Respectfully submitted this 16th day of February, 2012.

  s/ John Henry Schlie
  **John Henry Schlie**
  Law Office of John Henry Schlie, P.C.
  7100 E. Belleview Avenue, Suite G-11
  Greenwood Village, Colorado 80111
  Telephone: (303) 830-1616
  FAX: (303) 860-1297
  E-mail: johnhenry@schlielawfirm.com
  ATTORNEY FOR DEFENDANT
  ROMELL E. BULLOCK

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, I electronically filed the foregoing **DEFENDANT BULLOCK'S MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS FOLLOWING REVIEW OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov

Edward Robin Harris, Esq.
Edward_Harris@fd.org

R. Scott Reisch, Esq.
rscottreisch@att.net

Jeffrey Richard Edelman, Esq.
jredel@earthlink.net

Scott Jurdem, Esq.
sj@jurdem.com

Miller M. Leonard, Esq.
miller@themillerleonardlawfirm.com

Joseph Saint-Veltri, Esq.
jsvlawoffice@gmail.com

Dennis W. Hartley, Esq.
Julia@hartleyslaw.com

Thomas James Hammond
hammondlaw@solucian.com

Normando R. Pacheco, Esq.
joannasweetpea6@aol.com

Charles W. Elliott
CWEMDEDME@aol.com

Darren Cantor, Esq.
darren@cantorlaw.net

Ariel Zusya Benjamin, Esq.
abenjamin@springersteinberg.com

Harvey Abe Steinberg, Esq.
law@springersteinberg.com

Douglas Leo Romero, Esq.
dougromero@coloradochristiandefensecounsel.com

Eric Michael Lee, Esq.
ericlee@coloradochristiandefensecounsel.com

Timothy D. Edstrom, Esq.
timedstrom@coloradochristiandefensecounsel.com

Jonathan S. Willett, Esq.
jwillett@willettlaw.net

Ronald John Hahn, Esq.
rhahn3677@hotmail.com

s/ John Henry Schlie
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK