IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

---

## ENTRY OF APPEARANCE

COMES NOW, Donald L. Lozow, of the law firm of LOZOW & LOZOW, P.C., a member of the Bar of the State of Colorado, and does hereby enter his general appearance as counsel for said Defendant.

Dated this 17th day of February, 2012.

                                    Respectfully submitted,

                                    BY: s/Donald L. Lozow
                                        Donald L. Lozow , No 2029
                                        Attorney for Defendant
                                        LOZOW & LOZOW, P.C.
                                        209 Kalamath Street, Ste. 23
                                        Denver, Colorado 80223
                                        apocock@lozow-lozow.com
                                        Telephone: 303-623-2323
                                        Fax : 303-623-3375

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

U.S. Attorney's office
Guy Till, AUSA

Respectfully submitted,

By: s/Donald L. Lozow
Donald L. Lozow, No. 2029
Attorney for Defendant
Lozow & Lozow, P.C.
209 Kalamath Street, Ste. 23
Denver, Colorado 80223
apocock@lozow-lozow.com
Telephone: 303-623-2323
Fax: 303-623-3375