IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.  ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER,
16. CLIFFORD M. WRIGHT,

     Defendants.

**NOTICE OF FILING REVISED
PROPOSED PROTECTIVE ORDER AS TO ALL DEFENDANTS
REGARDING JENCKS ACT MATERIAL
RULE 26.2 AND RULE 16 MATERIAL IN RESPONSE TO MINUTE ORDER [#196]**

The United States, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney (Government), respectfully files this Notice in response to the Court's minute order [#196] dated February 14, 2012.  The Government here respectfully submits the attached revised form of proposed protective order as to all sixteen defendants in the above captioned case.

1

Reference is made to the Government's January 24, 2012, motion for a protective order [#41].  When said Motion [#41] was filed, a number of defendants had not appeared with counsel.  The names of those defendants were omitted from the caption of the Motion [#41] and the proposed order [#41-1].  As defendants appeared with counsel, the topic of the proposed protective order has been discussed with counsel who entered the case.

The Government respectfully advises the Court that all sixteen of the above-named defendants have now appeared with counsel before the court in the District of Colorado.  By means of conversation in court, telephone, and e-mail, Government counsel has communicated with counsel for all the defendants on the topic of the revised proposed protective order and respectfully advises the Court that there is no opposition to the revised proposed protective order on behalf of said defendants.

The negotiated order submitted today differs slightly from the draft proposed order [#41-1] submitted with the Government's Motion [#41] on January 24, 2012.  The case caption in the revised proposed protective order now includes all sixteen named defendants.  At the suggestion of defense attorney John H. Schlie, Esq., the language describing the staff who may have control over the material has been expanded to include professional assistants who are working with the defense attorneys on this matter but are not employees of the defense attorneys.

Discs reflecting documents related to the above captioned case, including electronic copies of documents taken from several residences searched pursuant to search warrants issued in relation the above captioned case and more than 100 investigative reports, have been prepared for the convenience of counsel.  Once the proposed protective order has

been entered, the Government will place the discs in the United States Mail, addressed to counsel of record.

The revised proposed order is here filed as an attachment for the Court's consideration. A wpd text of the proposed Order will be e-mailed to the Court for the Court's convenience in accordance the Court's minute order dated February 14, 2012.

Respectfully submitted this 17th day of February 2012.

        JOHN F. WALSH
        United States Attorney

BY:   s/ Guy Till
        GUY TILL
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-141
        FAX: (303) 454-0401
        E-mail: Guy.Till@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2012, I electronically filed the foregoing Notice of Filing the Revised Proposed Protective Oder, with attachment, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All counsel on record

>By: s/Diana Brown
>DIANA BROWN
>Legal Assistant
>1225 Seventeenth Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Facsimile: (303) 454-0406
>Diana.Brown@usdoj.gov