IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

---

### NOTICE OF DISPOSITION

**COMES NOW**, the above-named Defendant, ROMELL E. BULLOCK, by and through his attorney, Donald L. Lozow of LOZOW & LOZOW, P.C., and indicates that a disposition has been reached in the above-captioned matter.

Dated this 22nd day of February, 2012.

                                                Respectfully submitted,

                                      BY: s/Donald L. Lozow
                                              Donald L. Lozow , No 2029
                                              Attorney for Defendant
                                              LOZOW & LOZOW, P.C.
                                              209 Kalamath Street, Ste. 23
                                              Denver, Colorado 80223
                                              apocock@lozow-lozow.com
                                              Telephone: 303-623-2323
                                              Fax : 303-623-3375

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

Guy Till, Assistant U.S. Attorney's office

Co-Defendants

        Respectfully submitted,

        By: s/Donald L. Lozow
        Donald L. Lozow, No. 2029
        Attorney for Defendant
        Lozow & Lozow, P.C.
        209 Kalamath Street, Ste. 23
        Denver, Colorado 80223
        apocock@lozow-lozow.com
        Telephone: 303-623-2323
        Fax: 303-623-3375