**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.   GEORGE H. ASKEW,
2.   **ROMELL E. BULLOCK**,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER,
16.  CLIFFORD M. WRIGHT,

        Defendants.

---

**MOTION TO WITHDRAW**

---

        The undersigned counsel, John Henry Schlie, court-appointed counsel for Defendant Romell E. Bullock, hereby moves pursuant to Rule 47, Federal Rules of Criminal Procedure, and D.C. COLO.LCrR 57.5(D) for leave to withdraw from the representation of Mr. Bullock. In support of said Motion, the undersigned counsel respectfully states to the Court as follows:

        1. The undersigned counsel was appointed to represent Mr. Bullock pursuant to the Criminal Justice Act on January 24, 2012.

2. On February 17, 2012, Mr. Bullock retained attorney Donald L.Lozow to represent Mr. Bullock in this matter and Mr. Lozow has entered his appearance (Docket No. 216 ).

3. Pursuant to D.C. COLO.LCrR 57.5(D), the undersigned counsel has sent a copy of this Motion to Mr. Bullock along with the required notice.

WHEREFORE, the undersigned counsel prays that this Court enter an order granting leave for counsel to withdraw from the representation of Mr. Bullock and for such further relief as the Court may deem to be just and appropriate in the premises.

Respectfully submitted this 23rd day of February, 2012.

    s/ John Henry Schlie
**John Henry Schlie**
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2012, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Guy Till, Assistant United States Attorney
guy.till@usdoj.gov

Edward Robin Harris, Esq.
Edward_Harris@fd.org

R. Scott Reisch, Esq.
rscottreisch@att.net

Jeffrey Richard Edelman, Esq.
jredel@earthlink.net

Scott Jurdem, Esq.
sj@jurdem.com

Miller M. Leonard, Esq.
miller@themillerleonardlawfirm.com

Joseph Saint-Veltri, Esq.
jsvlawoffice@gmail.com

Dennis W. Hartley, Esq.
Julia@hartleyslaw.com

Thomas James Hammond
hammondlaw@solucian.com

Normando R. Pacheco, Esq.
joannasweetpea6@aol.com

Charles W. Elliott
CWEMDEDME@aol.com

Darren Cantor, Esq.
darren@cantorlaw.net

Ariel Zusya Benjamin, Esq.
abenjamin@springersteinberg.com

Harvey Abe Steinberg, Esq.
law@springersteinberg.com

Douglas Leo Romero, Esq.
dougromero@coloradochristiandefensecounsel.com

Eric Michael Lee, Esq.
ericlee@coloradochristiandefensecounsel.com

Timothy D. Edstrom, Esq.
timedstrom@coloradochristiandefensecounsel.com

Jonathan S. Willett, Esq.
jwillett@willettlaw.net

Ronald John Hahn, Esq.

rhahn3677@hotmail.com

Donald L. Lozow, Esq.
apocock@lozow-lozow.com

and by first-class mail, postage prepaid, to:

Romell E. Bullock
1276 Krameria Street
Denver, Colorado 80220

s/ John Henry Schlie
Law Office of John Henry Schlie, P.C.
7100 E. Belleview Avenue, Suite G-11
Greenwood Village, Colorado 80111
Telephone: (303) 830-1616
FAX: (303) 860-1297
E-mail: johnhenry@schlielawfirm.com
ATTORNEY FOR DEFENDANT
ROMELL E. BULLOCK