IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

## MOTION TO MODIFY CONDITIONS OF RELEASE

**COMES NOW**, the above-named Defendant, ROMELL E. BULLOCK, by and through his attorney, Donald L. Lozow of LOZOW & LOZOW, P.C., and respectfully submits the within Motion to Modify Conditions of Release, and as grounds states as follows:

1. That the above-captioned matter is currently set for Change of Plea hearing on May 10, 2012 at 11:00 a.m. and for Sentencing on August 8, 2012 at 11:00 a.m.

2. That the Defendant has complied with all rules and regulations dealing with the GPS.

3. That there has been absolutely no violations while on the GPS.

4. That the expense is prohibited.

5.  That pre-trial services officer Gerald Mason has no objection to the same. In fact, Mr. Mason suggested that this motion be filed as he does not see a need for the device to continue to be worn by the Defendant.

6.  Further oral argument can be presented.

Dated this 12th day of April, 2012.

                    Respectfully submitted,

              BY: s/Donald L. Lozow
              Donald L. Lozow , No 2029
              Attorney for Defendant
              LOZOW & LOZOW, P.C.
              209 Kalamath Street, Ste. 23
              Denver, Colorado 80223
              apocock@lozow-lozow.com
              Telephone: 303-623-2323
              Fax : 303-623-3375

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

Guy Till, Assistant U.S. Attorney's office

Co-Defendants                     Respectfully submitted,

              By: s/Donald L. Lozow
              Donald L. Lozow, No. 2029
              Attorney for Defendant
              Lozow & Lozow, P.C.
              209 Kalamath Street, Ste. 23
              Denver, Colorado 80223
              apocock@lozow-lozow.com
              Telephone: 303-623-2323
              Fax: 303-623-3375