IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK-02

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
**2.   ROMELL E. BULLOCK,**
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

---

## GOVERNMENT'S RESPONSE TO MOTION
## TO MODIFY CONDITIONS OF RELEASE  (#351)

---

The United States of America, by United States Attorney John F. Walsh, through

the undersigned Assistant United States Attorney (Government),  hereby respectfully

provides this Government's Response to defendant  Bullock's April 12, 2012, Motion to

Modify Conditions of Release (#351)(Motion) pursuant to the Minute Order dated May 18,

2012 (#439).  The Government opposes the Motion and states and represents to the Court

1

as follows:

1.  Although defendant Bullock is set for a change of plea hearing on June 26, 2012, several co-defendants are set for jury trial scheduled to begin July 30, 2012.

2.  The underlying case implicates fully patched members the Hell's Lovers Motorcycle Club (HLMC).  Several of the persons set for trial starting July 30, 2012, are leaders, fully patched members or former fully patched members of the HLMC.

3.  Strong sentiments are likely to be stirred up by the testimony at trial of persons once affiliated with HLMC.

4.  Within the frame of reference provided by the underlying investigation, which disclosed poor judgment, illegal possession of firearms, use of controlled substances, and a culture of physical violence by HLMC members, the Government is concerned the safety and security of defendants, witnesses and other persons may be an issue as trial approaches and eventually takes place.

5.  The Government appreciates Mr. Bullock's compliance with the conditions of pretrial release.  The Government continues to view the electronic monitoring of defendant Bullock as a positive feature contributing to order and security as the case makes its way though the judicial system.

6.  The defendant's main argument for removal from electronic monitoring is that the "expense is prohibited (*sic*)."  Motion ¶ 4.  The Government respectfully submits the Motion fails to make a showing sufficient to justify the requested change in conditions of release for Mr. Bullock.

7.  The Government respectfully asks the Court to decline to modify the conditions of release by eliminating electronic monitoring for Mr. Bullock at this time.

Respectfully submitted May 23, 2012.


JOHN F. WALSH
United States Attorney


By:  s/*Guy Till*
GUY TILL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0207
Fax:  (303) 454-0401
E-mail:  guy.till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 23[th] day of May, 2012, I electronically emailed the foregoing **GOVERNMENT'S RESPONSE TO MOTION TO MODIFY CONDITIONS OF RELEASE (#351)** to counsel of record in this case.

By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov