IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

---

**GOVERNMENT'S MOTION TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO SAMUEL E. ROBINSON**

---

The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney Guy Till, hereby enters the Government's Motion to Vacate the Writ of Habeas Corpus Ad Testificandum as to Samuel E. Robinson. The Order for Writ of Habeas Corpus Ad Prosequendum was signed by the Honorable Marcia S. Krieger on June 4, 2012. Samuel E. Robinson, DOC Number: 92437 was to testify in a jury trial in the case of United States v. Corey

L. Riley, Case Number 12-cr-00010-MSK, before a United States District Judge on July 30, 2012 at 1:30 p.m.; this trial date has been vacated.

WHEREFORE, the undersigned respectfully requests the Court to order that a Writ of Habeas Corpus Ad Testificandum be vacated as to Samuel E. Robinson.

Respectfully submitted this 13th day July, 2012.

>Respectfully submitted,
>
>JOHN WALSH
>United States Attorney
>
>By:  s/Guy Till
>GUY TILL
>Assistant United States Attorney
>1225 Seventeenth Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Facsimile: (303) 454-0409
>E-mail: Guy.Till@usdoj.gov
>Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of July, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO VACATE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO SAMUEL E. ROBINSON** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov