IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

---

## SENTENCING MEMORANDUM

**COMES NOW**, the above-named Defendant, ROMELL E. BULLOCK, by and through his attorney, Donald L. Lozow of LOZOW & LOZOW, P.C., respectfully submits for the Court's review relative to sentencing the following:

1.     Attached hereto are a number of letters drafted by individuals that know the Defendant and their thoughts and observations.

2.     Further oral argument will be presented at hearing.

Dated this 13th day of September, 2012.

                                              Respectfully submitted,

                                      BY: s/Donald L. Lozow
                                          Donald L. Lozow , No 2029
                                          Attorney for Defendant
                                          LOZOW & LOZOW, P.C.
                                          209 Kalamath Street, Ste. 23
                                          Denver, Colorado 80223

        apocock@lozow-lozow.com
        Telephone: 303-623-2323
        Fax : 303-623-3375

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

Guy Till, Assistant U.S. Attorney's office

Probation Department

Co-Defendants

        Respectfully submitted,


        By: s/Donald L. Lozow
        Donald L. Lozow, No. 2029
        Attorney for Defendant
        Lozow & Lozow, P.C.
        209 Kalamath Street, Ste. 23
        Denver, Colorado 80223
        apocock@lozow-lozow.com
        Telephone: 303-623-2323
        Fax: 303-623-3375