August 15, 2012

To whom it may concern,

My name is Theresa Gatewood and I had the esteemed pleasure of meeting Romell Bullock several years ago. During that time I have observed both personal and professional growth in him. In terms of personal growth I have watched Rome soften his exterior persona to become more approachable, dependable, and politically savvy. Professionally, Rome has always performed at the highest level; upheld a high esteem in the realm of integrity, and has a flawless work ethic and track record.

As a recent home owner I was forced to learn how to maintain the upkeep of a home. I did not waver for a moment because I was confident Rome would help. Well not only did he clean my sewer system but he fixed a few doors, fixed the sprinkler system, fertilized the grass, changed toliet tops, and subjected himself to lawn work. Rome has a relentless pursuit of perfection in everything he touches.

The most admired quality in Rome is the father in him. He is a gentle giant. He is compassionate, attentive, giving, and supportive of his children and family. Rome is a man of good values and character and its demonstrated in his value in education. Rome is paying for his own education while managing his own business, spending quality time with his kids and modeling positive morals and good discipline.

Rome has not always made good decisions but he has practiced good values, treated people with respect, modeled great discipline and understands sacrifice.

Please consider these character descriptions as you review the case.

Humbly yours,

Theresa Gatewood

*To whom it may concern,*

*My name is Jennifer Benjamin and I am writing a character reference letter in regards of Romell Bullock. I've known Mr. Bullock for approximately 5 years and in this time I have witnessed him over come so many challenges. When first meeting him I was staying in a shelter and he helped me get back on my feet while trying to amend his own life. I've also witnessed him donate time and money to people who had major plumbing issues who could not afford to pay. He is a very selfless individual who wants to see people succeed in life and wants to be apart of their success. I am fully aware of his current circumstances with the courts but I am respectfully asking that some leniency be considered for his children need him and he needs to be able to still maintain his business.*

*Respectfully,*
*Jennifer Benjamin*

Y and Z Inc.
2800 Williams St.
Denver CO. 80205

August 21 2012

U.S District Court

My name is Yahya Rahmaan I'm the owner and operator of Y&Z Inc a Plumbing and heating company I've been a master plumber for 30 years and have owned my business for 20 years. I have known Romell Bullock in a variety of capacities for many years. Over the years we have developed a business as well as a personal relationship. I have always known Romell to be honest upright and an outstanding person. I have seen him go the extra mile to satisfy a customer request we there was little or no personal gain. He is organized, efficient and extremely competent, and has an excellent report with people. I admire he being a single parent going to school and working in his own business not many black men stand up he has.

Sincerely Yahya Rahmaan

August 25, 2012

To whom it may concern,

My name is Amber Ford and I am writing a character reference in regards to Romell Bullock. I have known Mr. Bullock for eleven years and within this time I have seen many different chapters of his life. We both have shared hard times, and good times- throughout all of what one must go through to achieve ones goal in life Mr. Bullock has always took criticism with stride, was always able to look at the bigger picture in life and see through-above and beyond the minor setbacks we all face. I admire the work ethic this man has- when Mr. Bullock sets a plan for himself there is no one thing nor person who will stand in his way.

We all have our own troubled time in life, this happens to Mr. Bullock's time right now. I know he has a good heart, and hopefully sooner than later this current situation will pass so Mr. Bullock can get back into the jump of things and continue being a productive individual, paying his taxes every year with the rest of us, and finish his degree that he has been working so hard on for so long.

Mr. Bullock is an honest hardworking man who loves his family. I talk very highly about Mr. Bullock and feel blessed to have had the chance to become friends with such a warm hearted individual. He has always been my shoulder to lean on in a time in need, and the laugh I needed to bring my spirits back up. Please feel free to call me anytime at 720-292-8510. Thank you in advance when considering this matter.

Thank you


Amber Ford

To Whom It May Concern

August 14, 2012

Re: Rome Bullock

I have known Rome for four years. During that period he has been my tenant in a residential rental property that I own. That relationship has been satisfactory. The rent is always timely paid, and he has maintained the property in good condition.

Rome has also provided professional services to me as a plumber. That relationship has also been satisfactory. His work is thorough and he has always been responsive to my needs.

I have also been able to observe him in his personal relationships with his son, daughter and cousin. He strikes me as a family man that takes those responsibilities seriously. It appears to me that he is the "go to" person in his family.

Rome is soft spoken, good natured and a good person. I am not clear how or why he is in his present difficulties but from my perspective his predicament is out of character.

I hope that my words and observations will positively influence the decisions that the Court will make.

Sincerely,

Mark job

To whom this may concern:

Im writing this letter in regards to Romell Bullock. My name is Carolyn Dumas, I've known Romell for about four years now, we were in a relationship for two years and share a daughter. I believe I am in a position to speak about Romell's moral character, so I hope you will take this letter into account when making your decision. Romell is a man full of great potential, with a kind heart and a strong sprit. He is loyal, extremely intelligent and an amazing father. Romell and I share a one year old daughter named Ava Bullock. She is Rome's pride and joy. Its terrible to think that our little girl will grow up without her father. As well as his son Tyler and his oldest daughter Breann from two previous relationships. I have watched Rome raise Tyler into a strong and bright young man with the same great potential as his dad, although Tyler is faced with the obstacle of Autism, Rome has shown him nothing but patience and support. Same goes for his daughter Breann, All though Rome does not have Breann full-time, he has never missed a school event, doctors appointment or court date. Anything that pertains to Breann, Rome has always been right by her side. Although Rome hasn't always made the best decisions for himself or thought about the outcome of his own actions, that has never effected his parenting.

Rome didn't have the best growing up so I know thats what drives him to give his family what he never had. I commend Rome for that. Even in my own life Rome has been a great influence, he has taught me that without hardworking there's is no accomplishment, he has pushed me to do better for myself and our daughter. Rome helped me get through school, while still attending school himself, running his own business and taking care of the household. Even though Rome and I are no longer together, he is still very much apart of my life as well as his daughters and we don't want to lose him.

Rome and I have not really talked about his sentencing. Or how is actions have effected the people who love him most. I fell he is extremely regretful and for lack of a better word "embarrassed". I believe Rome's potential exceeds that life style and I wish he would have realized that long before now. I am sure Rome knows how much trouble he is in and how much of his life he may have ruined. I just beg you to think about the children he is leaving behind and how much they need him, how much I need him.

My love for Rome does not cloud my judgement, I know the seriousness of his case and the time he is facing, I just want you to know the man he is before you look at the crime he committed. Before all of this happen, Rome was working full-time and attending ITT Technical Institute in pursuit of a Engineering degree. I remember Rome telling me after we found out that i was pregnant with Ava that he needed to do more, that she deserved more. Within a few weeks of that conversation Rome had enrolled in school, bought his books and found a tutor. I was so proud of Rome. That's just the type of person he is. Always striving for more, always doing his very best. I look up to Rome not only as a mate or a friend but as a role model.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Romell is the kind of person that people rely on. That has to say something, so please let that be a factor in your decision.

Thank you.

Yours sincerely,
Carolyn Dumas

August 31, 2012

To whom it concern,

    I am writing this letter on behalf of Romell Bullock. I have known Mr. Bullock for several years and he is an amazing single father, business man, and a friend that would do anything for anyone who needed his help with no questions asked. He has always tried to motivate and inspire his kids, brothers; sisters; nieces; nephews; and his community, do not focus on their circumstances and allow it to become a hindrance but know that you can do anything you put your mind to and change your life. He encourages them to never give up and stay in school. He never judges people from their past, cause he knows just as we all do that everyone makes mistakes and deserves a second chance to write their wrongs and change their lives. I am writing this letter because he made a mistake and not only does he have to live with his decisions but so does his family who loves him dearly. I am asking that you take in to consideration that he has kids who love and need their father in this crucial time of their lives were influences could sway their decisions, good or bad way.

Sincerely,

Kelly House

Contact number
720-429-8797

Contact information:

Carolyn Dumas

720-234-8563

Mark Job

720-281-4227

Amber Ford

720-292-8510

Yahya Rahmaan

720-276-6129

Jennifer Benjamin

720-206-6033

Theresa Gatewood

720-934-6215

Kelly House

720-429-8797