IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ROMELL E. BULLOCK,

    Defendant.

---

**UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE
OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS**

---

    The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Donald Lozow, Esq., counsel for Defendant Romell E. Bullock in this matter, respectfully files this Unopposed Government's Motion to Continue the Sentencing Date for Approximately 90 days and as grounds therefor respectfully states:

    1.  Defendant Bullock pled guilty to Count Thirty-One, Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 21 U.S.C. §§ 846 and 856, on June 26, 2012, and is set for sentencing hearing on October 10, 2012, at 11:00 a.m.

    2.  The Government requests a continuance in order to allow the defendant an opportunity to attend and render testimony at a trial for a co-defendant who recently withdrew his Notice of Disposition in this matter.  It is anticipated the defendant will be called as a witness to provide evidence and information as appropriate if the co-defendant proceeds to trial.  A continuance of the sentencing date may assist the Court

to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

      3.  Government counsel most familiar with this case also has a scheduling conflict on October 10, 2012, because said Government counsel is scheduled to be in trial before another United States District Court Judge on that day in United States v. Joel Anthony Wright, 11-cr-00497-REB.

      4.  Defendant Bullock is on bond pursuant to Title 18 U.S.C. Sections 3142 and 3143, and the Government is aware of no issues regarding Defendant Bullock's compliance with the conditions of his release on bond.

      5.  The defense does not oppose the Government's request for a continuance of the sentencing hearing date.

      WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date approximately 90 days after the current date set for sentencing.

                          Respectfully submitted,

                            JOHN WALSH
                            United States Attorney

                    By:  s/*Guy Till*
                            GUY TILL
                            Assistant United States Attorney
                            1225 Seventeenth Street, Suite 700
                            Denver, Colorado 80202
                            Telephone: (303) 454-0100
                            Facsimile: (303) 454-0409
                            E-mail: Guy.Till@usdoj.gov
                            Attorney for Government

## CERTIFICATE OF SERVICE

       I hereby certify that on this 24st day of September, 2012, I electronically filed the foregoing **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE  OF SENTENCING DATE FOR APPROXIMATELY 90 DAYS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                         By: s/ *Lisa Vargas*
                                                  LISA VARGAS
                                                  Legal Assistant
                                                  1225 Seventeenth Street, Suite 700
                                                  Denver, Colorado 80202
                                                  Telephone:  (303) 454-0100
                                                  Fax:  (303) 454-0409
                                                  E-mail: Lisa.Vargas@usdoj.gov