IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-02

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

2.  **ROMELL E. BULLOCK,**

    Defendant.

---

**UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE
OF SENTENCING DATE**

---

The United States, through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, following communications with Donald Lozow, Esq., counsel for Defendant Romell E. Bullock in this matter, respectfully files this Unopposed Government's Motion to Continue the Sentencing Date for and as grounds therefor respectfully states:

1.  Defendant Bullock pled guilty to Count Thirty-One, Conspiracy to Use and Maintain Drug Involved Premises, in violation of Title 21 U.S.C. §§ 846 and 856, on June 26, 2012, and is set for sentencing hearing on January 28, 2013.

2.  The Government requests a continuance of the sentencing date until a date in June 2013 in order to allow the defendant an opportunity to attend and render testimony at a possible trial for a co-defendant who recently withdrew his Notice of Disposition in this matter.  It is anticipated the defendant will be called as a witness to

provide evidence and information as appropriate if the co-defendant proceeds to trial. A continuance of the sentencing date may assist the Court to evaluate the full measure of related cooperation with respect to a possible U.S.S.G. § 5K1.1 motion which may be filed by the Government at or before sentencing.

3. Defendant Bullock is on bond pursuant to Title 18 U.S.C. Sections 3142 and 3143, and the Government is aware of no issues regarding Defendant Bullock's compliance with the conditions of his release on bond.

4. The defense does not oppose the Government's request for a continuance of the sentencing hearing date.

WHEREFORE, the government respectfully asks the Court to vacate the currently set sentencing hearing date and direct counsel to contact the professional staff of the Courtroom by telephone in the next two weeks and set a new sentencing hearing date.

JOHN F. WALSH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO


By: s/ Guy Till
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax: (303) 454-0401
Email: Guy.Till@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of January, 2012, I electronically filed the foregoing **UNOPPOSED GOVERNMENT'S MOTION FOR CONTINUANCE OF SENTENCING DATE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Donald Lozow, Esq., at apocock@lozow-lozow.com and all other counsel of record in this case.

      By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
Facsimile:  (303) 454-0409
E-mail: Lisa.Vargas@usdoj.gov