IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. ROMELL E. BULLOCK,

 Defendant.

---

### GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE

---

THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney, hereby enters the Government's Motion as to Romell E. Bullock, only, in accordance with the plea agreement in this case previously filed with this Court, pursuant to Sentencing Guidelines Section 5K1.1 and Title 18 United States Code Section 3553, respectfully asking the Court for a downward departure from the otherwise applicable statutory or Sentencing Guideline sentence for the reason that the defendant has supplied, and will continue to supply as required, substantial and useful cooperation and truthful information and testimony, as needed, in the investigation or prosecution of other persons.

The Government is satisfied that defendant has provided said information truthfully and completely to the best of his ability.

At this time the Government believes as true the stated willingness of the defendant to testify in future as required in any investigative or legal proceedings, to include proceedings in any state or federal jurisdiction, related to the prosecution of any other persons as to whom the defendant has knowledge.  The present recommendation is made with reliance upon the representation and understanding that the defendant will continue to cooperate to the best of his ability with law enforcement truthfully, completely, and without reservation in any further  state or federal proceedings pursuant to legal process.  Nevertheless, the government does not preclude filing, in its sole discretion, Rule 35 motions at some point in the future if events justify such motions in the judgment of the United States Attorney's Office.

The Government therefore respectfully recommends a downward departure of 40% from the lower end of the otherwise applicable Sentencing Guidelines range as determined by the Court.

Respectfully submitted this 10th day of July, 2013.

JOHN F. WALSH
United States Attorney

By:  s/Guy Till
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
Email: Guy.Till@usdoj.gov
Attorney for Government

2

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By:  *s/Lisa Tibbetts*
LISA TIBBETTS
Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0409
E-mail: Lisa.Tibbetts@usdoj.gov