IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No. 12-cr-00010-MSK-22**

UNITED STATES OF AMERICA, Plaintiff,

v.

2. ROMELL E. BULLOCK,

    Defendant.

---

**DEFENDANT'S MOTION IN SUPPORT OF GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE WITH SENTENCING REQUEST**

---

**COMES NOW** the above-named Defendant, Romell E. Bullock, by and through his attorneys LOZOW & LOZOW, P.C., and files the within DEFENDANT'S MOTION IN SUPPORT OF GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE WITH SENTENCING REQUEST, and as grounds, states as follows:

1.    On July 2, 2013 the United States Probation Service filed its Presentence Report and determined that the applicable Sentencing Guidelines range for the Defendant was 18 to 24 months and recommended a sentence of 18 months.

2.  On July 10, 2013, the Government filed a GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE AND WITH SENTENCING REQUEST enunciating grounds recommending a downward departure of 40% from the lower end of the otherwise applicable Sentencing Guidelines range as determined by the Court.

3.  That based on the determination of the United States Probation Service a downward departure of 40% from the lower end (18 months) of the otherwise applicable Sentencing Guidelines range (subject to determination by the Court) would be 10.8 months.

4.  That should the Court agree to accept the recommendations of the United States Probation Service and the recommendation of the Government for a downward departure of 40% from the lower end (18 months) of the otherwise applicable Sentencing Guidelines range (resulting in a sentence of 10.8 months), the Defendant would request that this Court impose for the sentence a combination of community (Independence Halfway House) and home confinement.

5. That such a sentence would allow the Defendant to maintain his plumbing business, All City Drains, Inc., allow for the continued employment of his employees, and allow him to provide financial and fatherly support for his son, Tyler Stephenson.

6. The Defendant would advise the Court that Tyler, now 18, is autistic and that the Defendant has had full custody and provided for his son nearly his entire life.

WHEREFORE, Defendant respectfully request that this Honorable Court grant this motion for downward departure and sentence him to a term of community and home confinement of not more than 10.8 months.

DATED this 16th day of July, 2013.

Respectfully submitted,

By: s/   Donald L. Lozow
  Donald L. Lozow, No. 2029
  209 Kalamath Street, Ste. 23
  Denver, Colorado 80223
  apocock@lozow-lozow.com
  Telephone: 303-623-2323
  Fax: 303-623-3375

## CERTIFICATE OF MAILING

I HEREBY certify this 16th day of July, 2013, that I filed a true and correct copy of the foregoing **DEFENDANT'S MOTION IN SUPPORT OF GOVERNMENT'S SECTION 3553 AND SECTION 5K1.1 MOTION FOR DOWNWARD DEPARTURE BASED ON SUBSTANTIAL ASSISTANCE WITH SENTENCING REQUEST** using the CM/ECF system which will send notification of such to the following parties:

Guy Till
guy.till@usdoj.gov


By: s/   Donald L. Lozow