**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   July 17, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Laura Ansart | |

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                 Guy Till

       Plaintiff,

v.

ROMMELL E. BULLOCK,                              Donald Lozow

       Defendant.

_____

**SENTENCING MINUTES**
_____

**1:39 p.m.         Court in session**.

Defendant present on bond.

**Change of Plea Hearing on June 26, 2012.  Defendant pled guilty to Count 31 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #908)**.  Argument.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Oral motion made by counsel today.  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

**1:54 p.m.         Court in recess**
**2:01 p.m.         Court in session**

Continued allocution.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #908**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**2:27 p.m.** **Court in recess.**

Total Time: 41 minutes.
Hearing concluded.