IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00010-MSK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

---

### MOTION FOR ORDER FOR EARLY DISCHARGE FROM SUPERVISED RELEASE

---

**COMES NOW**, the above-named Defendant, ROMELL E. BULLOCK, by and through his attorney, Donald L. Lozow of LOZOW & LOZOW, P.C., and moves this Court to consider and to grant the following Motion for Early Discharge from Supervised Release, and as grounds, states as follows:

1. That on June 26, 2012, the Defendant pled guilty to Count 31 of the First Superseding Indictment.

2. That the Defendant was sentenced on July 17, 2013 to two (2) years of Supervised Release.

3. That for approximately fifteen (15) months, Mr. Bullock has remained fully compliant with all requirements including maintaining full time employment.

4.  Mr. Bullock is seeking release from supervision to further expand his employment opportunities and continue to become a productive member of society.

5.  Attached as Exhibit A is a letter from Mr. Bullock's Probation Officer.

6.  As such, Mr. Bullock requests early termination of his release supervision. 18 U.S.C. Section 3583(e)(1) allows a court to release a person from supervised release upon the successful conclusion of one year based upon the interest of justice. Section 3583(e)(1) states that a court may *"terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modifications of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."* Factors for a court to consider are set out in Sections 3553(a)(1), (a)(2)(B), (a)(2)©, (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7). See Section 18 U.S.C. Section 3583(e). Section 3553(a)(1) allows a court to consider the circumstances of the offense and the history and characteristics of the defendant.

7.  The defendant would assert that he is neither a threat to society, nor, is he likely to re-offend. (See: Section 3553(a)(2(c)). Mr. Bullock has been, and currently is, gainfully employed and has developed a clear and positive vision for his life.

8. Finally, Mr. Bullock has become a valued member of the community instead of causing society to utilize its resources on him as a result of criminal conduct. (See: Section 3553(a)(2)(D)).

9. Further oral argument can be provided.

**WHEREFORE**, for the foregoing reasons, the Defendant Romell Bullock respectfully moves this Court for an order discharging him early from supervised release.

Dated this 21st day of October, 2014.

        Respectfully submitted,

        BY: s/Donald L. Lozow

        Donald L. Lozow , No 2029

        Attorney for Defendant

        LOZOW & LOZOW, P.C.

        209 Kalamath Street, Ste. 23

        Denver, Colorado 80223

        apocock@lozow-lozow.com

        Telephone: 303-623-2323

        Fax : 303-623-3375

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

Guy Till, Assistant U.S. Attorney's office

Probation Department

Co-Defendants

                              Respectfully submitted,

                              By: s/Donald L. Lozow

                              Donald L. Lozow, No. 2029

                              Attorney for Defendant

                              Lozow & Lozow, P.C.

209 Kalamath Street, Ste. 23

Denver, Colorado 80223

apocock@lozow-lozow.com

Telephone: 303-623-2323

Fax: 303-623-3375