# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### PROBATION OFFICE



LAVETRA A. CASTLES
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

ELIZABETH OPPENHEIMER
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

679 Turner Drive
Durango, CO 81303-3439
Phone: (970) 385-9564

October 16, 2014

RESPOND TO:  Denver

To:    John Henry Schlie,
       CJA Appointed

From:  Jerald Mason
       U.S. Probation Officer

Re:    Romell E. Bullock
       Case No. 12-cr-00010-MSK-2

Mr. Schlie,

The defendant spoke with me regarding early termination and I informed him that he needed to contact his attorney regarding this matter. I informed Mr. Bullock that I did not oppose his being terminated early. Since commencement of his supervised release, the defendant has maintained full-time self-employment and a stable residence. The defendant owns a plumbing business and has a list of regular clients that include local restaurants. He is also attending school to further his education. The defendant is not in drug treatment and his drug testing is at the lowest level possible.

At this time I have not had any issues with Mr. Bullock and would support his being terminated early. He has completed approximately 15 months of his supervised release and has an expiration date of July 16, 2015.

If you have any additional questions please contact me at 303-335-2439.

Sincerely,

*s/Jerald Mason*
Jerald Mason
Senior U.S. Probation Officer
District of Colorado



EXHIBIT

A