IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.   ROMELL E. BULLOCK,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER FOR EARLY DISCHARGE FROM SUPERVISED RELEASE**
_____

    THE UNITED STATES OF AMERICA, by United States Attorney John F. Walsh, through the undersigned Assistant United States Attorney, hereby enters the Government's response to defendant Romell E. Bullock's Motion For An Order For Early Termination Of Supervised Release (DOC. 1032), filed October 21, 2014 (Motion).

    It appears from the Motion that the defendant is asking the Court to terminate his period of supervised release as of a date in November 2014, after serving more than one year of the two year period of supervised release originally imposed by the Court. Having consulted with the United States Probation Officer, having reviewed the file, and having considered the defendant's Motion, the Government here respectfully advises the Court that the Government is not opposed to the early termination of the period of supervised release requested by the defendant in his Motion.

1

Respectfully submitted this 31st day of October, 2014.

                              JOHN F. WALSH
                              United States Attorney

By:   *s/Guy Till*
        Guy Till
        Assistant United States Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0409
        E-mail: Guy.Till@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2014, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER FOR EARLY DISCHARGE FROM SUPERVISED RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov