IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Case No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. ROMELL E. BULLOCK,**

    Defendant.

## ORDER RE: MOTION FOR ORDER FOR EARLY DISCHARGE FROM SUPERVISED RELEASE

THIS MATTER comes before the Court on the Defendant's Motion for Order for Early Discharge from Supervised Release. The Court having reviewed said Motion ORDERS:

That the Defendant be discharged early from supervised release.

DATED this 13th day of January, 2015.

                **BY THE COURT:**

                *[signature]*
                _____

                Marcia S. Krieger
                Chief United States District Judge